[No. 5495–1–III.   Division Three.   April 10, 1984.]

ALAN D. JOHNSON, ET AL, *Appellants*, v. CAPITAL
SAVINGS AND LOAN ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 81–2–01023–4, Fred R. Staples, J., entered October 21, 1982. *Reversed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 10509–4–I.   Division One.   April 11, 1984.]

*In the Matter of the Marriage of* CANDACE J.
AMORTEGUY, *Appellant, and* FERNANDO A.
AMORTEGUY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. D–121803, H. Michael Fields, J. Pro Tem., entered June 29, 1981. *Dismissed* by unpublished opinion per Corbett, A.C.J., concurred in by Williams and Scholfield, JJ.

[No. 11238–4–I.   Division One.   April 11, 1984.]

*In the Matter of the Marriage of* GISELA G.
CAVINESS, *Respondent, and* WALLACE
CAVINESS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 46340, Marshall Forrest, J., entered December 24, 1981. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Corbett, A.C.J., and Williams, J.